IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MICHAEL J. McADAMS**,

**Plaintiff,**

v.

**M/V MARY LYNN and
STEEL CITY MARINE
TRANSPORT, INC.,**

**Defendants.**                                          No. 07-0180-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's unopposed motion for fourteen additional days in which to respond to Defendant's motion for summary judgment (Doc. 25). Said motion is **GRANTED**. The Court **ALLOWS** Plaintiff up to and including April 9, 2008 to respond to Defendant's motion for summary judgment.

**IT IS SO ORDERED.**

Signed this 20th day of March, 2008.

/s/     David R Herndon
**Chief Judge
United States District Court**